## HIRAM WALKER v. MOSES W. FIELD.

*Costs on affirmance upon cross-appeals.*

Where cross-appeals were taken from a decree for an accounting, and the decree was affirmed, the party who printed the record was allowed to recover as costs one-half his taxable disbursements after deducting one-half the taxable disbursements of the other party.

Appeal from Wayne. (Speed, J.) Jan. 10.—March 6.

BILL for accounting. Defendant appeals. Affirmed.

*Meddaugh, Driggs & Harmon* for complainant.

*D. C. Holbrook* for defendant.

COOLEY, C. J. This is a case of accounting in respect to partnership matters. It was referred to Hoyt Post as special commissioner, who made a report to which both parties took exceptions. The judge who reviewed the exceptions overruled them and entered decree for the amount reported due.

We have gone over the accounting with the assistance of counsel for the parties respectively, and are of opinion that the conclusions of the special commissioner were substantially correct. The changes we should be inclined to make would be few, and would leave the general result modified but slightly. Under these circumstances the decree should stand affirmed. The case does not involve questions of law, and is therefore not discussed. The costs in this Court should be apportioned between the parties; and as Mr. Field appears to have caused the record to be printed, he should recover one-half his taxable disbursements after deducting one-half the taxable disbursements of the complainant.

The other Justices concurred.